UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 23-61093-CIV-MARTINEZ

ADIDAS AG, *et al.*,

    Plaintiffs,

vs.

ADIDASNOSKO.COM, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants (the "Motion"), (ECF No. 36.) Judge Valle filed an R&R recommending that the Motion be granted. (ECF No. 40.) The Court has reviewed the R&R, the Motion, the entire record, and applicable law, and notes that no objections have been filed.

After careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1.     Judge Valle's R&R, (ECF No. 40), is **AFFIRMED** and **ADOPTED**.

2.     Plaintiffs' Motion for Entry of Final Default Judgment, (ECF No. 36), is **GRANTED**. Judgment is hereby entered in favor of Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc., (collectively "Plaintiffs"), and against Defendants, the Individuals, Business Entities, or Unincorporated Associations identified on Schedule "A" hereto, on all Counts of the Complaint as follows:

1. <u>Permanent Injunctive Relief</u>:

Defendants, their officers, directors, employees, agents, representatives, servants, subsidiaries, distributors, attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks, identified in Paragraphs 19–20 of the Complaint (the "adidas Marks");

    b.    using the adidas Marks in connection with the sale of any unauthorized goods;

    c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

    d.    falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

    h.    otherwise unfairly competing with Plaintiffs;

    i.    using the adidas Marks or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants; and

j.  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2.  <u>Additional Equitable Relief</u>:

    a.  In order to give practical effect to the Permanent Injunction, the domain names identified on Schedule "A" hereto (the "Subject Domain Names") are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this Judgment, upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs, or (ii) place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

    b.  Plaintiffs may serve this injunction on any Internet search engines with a request that they permanently disable, deindex or delist any specific URLs identified by Plaintiffs, based upon Defendants' unlawful activities being conducted via the Subject Domain Names as a whole and via the URLs identified by Plaintiffs.

    c.  Defendants, their agent(s) or assign(s), shall voluntarily assign in writing all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

    d.  Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the Subject Domain Name(s) and, if within five (5) days of receipt of this Order Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

    e.  Plaintiffs may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are or have been used by Defendants in connection with Defendants'

    promotion, offering for sale, and/or sale of goods using counterfeits and/or infringements of the adidas Marks; and

  f. Upon Plaintiffs' request, Defendants shall request, in writing, permanent termination of any messaging services, domain names, usernames, and social media accounts they own, operate, or control on any messaging service and social media platform.

3. <u>Statutory Damages pursuant to 15 U.S.C. § 1117(c)</u>:

  a. Award Plaintiffs damages of $100,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of Defendants' conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c).

4. <u>Statutory Damages pursuant to 15 U.S.C. section 1117(d)</u>:

  a. Award Plaintiffs damages of $50,000.00 against Defendant 1 - adidasnosko.com, for its domain names, adidasnosko.com, adidas-bangladesh.com, adidasshoes-gr.com, adidasskoudsalg.com, and butyadidaspl.com, for which let execution issue;

  b. Award Plaintiffs damages of $70,000.00 against Defendant 2 - adidascanadawebsite.com, for its domain names, adidascanadawebsite.com, adidaskengatalefi.com, adidasplskleponline.com, adidasseskorrea.com, adidasskvypredaj.com, adidastronlineshop.com, and shopadidasonlineus.com, for which let execution issue.

  c. Award Plaintiffs damages of $10,000.00 against Defendant 4 - adidasenergycloud.com, for its domain name, adidasenergycloud.com, for which let execution issue;

  d. Award Plaintiffs damages of $10,000.00 against Defendant 5 - adidasindiashoes.com, for its domain name, adidasindiashoes.com, for which let execution issue;

  e. Award Plaintiffs damages of $10,000.00 against Defendant 6 - adidasindoorsuper.com, for its domain name, adidasindoorsuper.com, for which let execution issue;

  f. Award Plaintiffs damages of $10,000.00 against Defendant 7 - adidasschuheschweiz.com, for its domain name, adidasschuheschweiz.com, for which let execution issue;

    g.    Award Plaintiffs damages of $10,000.00 against Defendant 8 - adidaswings.name, for its domain name, adidaswings.name, for which let execution issue;

    h.    Award Plaintiffs damages of $10,000.00 against Defendant 9 - danmarkyeezyadidas.com, for its domain name, danmarkyeezyadidas.com, for which let execution issue;

    i.    Award Plaintiffs damages of $10,000.00 against Defendant 10 - usadidasofficial.top, for its domain name, usadidasofficial.top, for which let execution issue; and

    j.    Award Plaintiffs damages of $10,000.00 against Defendant 11 - yeezyboostuss.shop, for its domain name, yeezyboostuss.shop, for which let execution issue;

5.    Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6.    The bond posted by Plaintiffs in the amount of $10,000.00 is **ORDERED** to be released by the Clerk.

7.    This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of May, 2024.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Valle
All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | adidasnosko.com |
| 1 | adidas-bangladesh.com |
| 1 | adidasshoes-gr.com |
| 1 | adidasskoudsalg.com |
| 1 | butyadidaspl.com |
| 2 | adidascanadawebsite.com |
| 2 | adidaskengatalefi.com |
| 2 | adidasplskleponline.com |
| 2 | adidasseskorrea.com |
| 2 | adidasskvypredaj.com |
| 2 | adidastronlineshop.com |
| 2 | shopadidasonlineus.com |
| 2 | teniskyadvypredaj.com |
| 2 | tenisportoportugal.com |
| 3 | adidaselegant.com |
| 4 | adidasenergycloud.com |
| 5 | adidasindiashoes.com |
| 5 | tenissuperstaroriginal.com |
| 5 | tenissuperstaroriginal.top |
| 6 | adidasindoorsuper.com |
| 7 | adidasschuheschweiz.com |
| 8 | adidaswings.name |
| 9 | danmarkyeezyadidas.com |
| 10 | usadidasofficial.top |
| 11 | yeezyboostuss.shop |
| 12 | 3aclassicfootball.com |
| 13 | 91sneakers.com |
| 14 | acesneakers2018.com |
| 15 | ajbaby.com |
| 15 | ajbests.com |
| 15 | ajcares.com |
| 15 | ajcheap.com |
| 15 | ajcheaps.com |
| 15 | ajforsale.com |
| 15 | ajlimit.com |
| 15 | ajlimits.com |
| 15 | ajmixs.com |
| 15 | ajmores.com |

| | |
|---|---|
| 15 | ajsks.com |
| 15 | ajsupers.com |
| 15 | ajvips.com |
| 15 | ajzones.com |
| 15 | loveajs.com |
| 15 | playajs.com |
| 15 | snkstores.com |
| 16 | ajkicks.store |
| 17 | ajonlines.com |
| 18 | ajshopb.com |
| 19 | bestfootballjersey.com |
| 20 | bestrepshoes.com |
| 21 | buybuyshoe.shop |
| 22 | buybuyshoes.shop |
| 22 | buyshoes1.shop |
| 22 | buyshoes10.shop |
| 22 | buyshoes2.shop |
| 22 | buyshoes3.shop |
| 22 | buyshoes4.shop |
| 22 | buyshoes6.shop |
| 22 | buyshoes8.shop |
| 22 | buyshoes9.shop |
| 22 | buyshose.com |
| 22 | buyshose.shop |
| 22 | flightkickz.club |
| 22 | mountedd.com |
| 22 | sporthobit.shop |
| 23 | buyretroshoes.com |
| 23 | goodsneakers.top |
| 23 | newsneakers.online |
| 23 | newsupersneakers.com |
| 23 | vipsports.shop |
| 24 | calciokiss.com |
| 25 | chelseajerseys.us |
| 26 | ckjersey.com |
| 27 | cocosneaker.shop |
| 28 | desgershoes.com |
| 29 | d-shoes.store |
| 30 | dunkajmax.com |
| 31 | fcsoccerworld.ru |
| 31 | fcsoccerworld.shop |
| 31 | soccerworldfc.io |
| 31 | soccerworldfc.org |

| 31 | soccerworldfcshop.com |
|---|---|
| 32 | ficosshoes.com |
| 33 | gogobest.online |
| 34 | hamptonathletics.com |
| 35 | jerseychina.top |
| 36 | jjsport24.com |
| 37 | jordanbsale.com |
| 38 | kdsneakers.com |
| 39 | kicksid.net |
| 40 | kickwho.store |
| 41 | kicokick.vip |
| 42 | lordkicks.vip |
| 43 | mjfashionsneakers.shop |
| 44 | momokick.com |
| 45 | newlovelyjerseys.com |
| 46 | nhljerseyfans.net |
| 47 | officialyeezystore.com |
| 47 | yeezy350v2s.us |
| 47 | yeezy-700.com |
| 47 | yeezyv2.us |
| 48 | onlineajs.com |
| 49 | openjerseys.com |
| 50 | ovokick.com |
| 51 | owsneaker.com |
| 52 | pickupjerseys.com |
| 53 | projerseyshop.net |
| 54 | reactrun.com |
| 55 | saundggio.com |
| 55 | sneakerjordan.us |
| 56 | shoestree.shop |
| 57 | shopyeezysneakers.com |
| 58 | simonsneaker.com |
| 59 | sneaker-center.com |
| 59 | sneaker-center.shop |
| 60 | sneakersqueen.com |
| 61 | sneakerz.vip |
| 62 | soccerjerseybiz.com |
| 63 | soccerkit8.com |
| 64 | songxj.online |
| 65 | tiendacamisetafutbol.com |
| 66 | yeezyargentina.com |
| 67 | yeezyaustraliastore.com |
| 68 | yeezybelgiewinkel.com |

| 69 | yeezybelgique.com |
|---|---|
| 70 | yeezybrasil.com |
| 71 | yeezybulgaria.com |
| 71 | yeezychile.com |
| 71 | yeezyeesti.com |
| 71 | yeezygreece.com |
| 71 | yeezyhrvatska.com |
| 71 | yeezyisrael.com |
| 71 | yeezyjapan.com |
| 71 | yeezykuwait.com |
| 71 | yeezylatvija.com |
| 71 | yeezylietuva.com |
| 71 | yeezyromania.com |
| 71 | yeezyslovenija.com |
| 71 | yeezysrbija.com |
| 71 | yeezyuae.com |
| 72 | yeezycanada.com |
| 73 | yeezycolombia.com |
| 74 | yeezyflare.com |
| 75 | yeezyireland.com |
| 76 | yeezynederland.com |
| 77 | yeezyportugal.com |
| 78 | yeezyschweiz.com |
| 79 | yeezy-shoes.com |
| 80 | yeezyskonorge.com |
| 81 | yeezysneakerdeal.com |
| 82 | yeezysoles.com |
| 83 | yeezysouthafrica.com |
| 84 | yeezyuksale.com |
| 85 | yeezyuruguay.com |
| 86 | yepsneaker.com |
| 87 | zx2kshoes.com |